## CARMEN PARDO, demandante y apelante, v. PRUDENCIO CORDERO, demandado y apelado.

No. 3794.—*Visto:* Noviembre 9, 1925. *Resuelto:* Noviembre 13, 1925.

APELACIÓN Y ERROR—RÉCORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RÉCORD—PREPARACIÓN, RADICACIÓN Y SERVICIO DE COPIAS—TÉRMINO PARA RADICAR EL *Transcript*—FALTA DE RADICACIÓN DENTRO DEL TÉRMINO.—En los casos en que no se practica prueba o se celebra juicio, no hay que acudir a la exposición del caso o transcripción de la evidencia; y si el *transcript*—actuaciones que constituyen el legajo de la sentencia—no se radica en el Supremo dentro de los treinta días de presentado el escrito de apelación, procede desestimar el recurso interpuesto.

MOCIÓN sobre desestimación de apelación presentada por el apelado. *Con lugar.*

*M. Gaetán Barbosa,* abogado de la apelante; *C. del Toro Fernández,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

La corte inferior, basándose en una excepción a la demanda por haberse extinguido la causa de acción, dictó sentencia en este caso declarando sin lugar la demanda con costas.

El demandante interpuso apelación y pidió a la corte que ordenara al taquígrafo que preparara "La transcripción del récord" a los fines de perfeccionar el recurso. Más de 30 días han transcurrido desde la fecha del escrito de apelación sin haberse elevado los autos a esta corte y éste es el fundamento de la moción del apelado solicitando la desestimación.

No habiéndose practicado prueba en este caso o celebrado juicio, no hay que acudir a la exposición del caso o transcripción de la evidencia por el taquígrafo, según eligiese el apelante, para revisar la sentencia en apelación. El procedimiento que tan difícil u oscuro encontraba el apelante es sencillísimo: bastaba pedir al secretario de la corte inferior que expidiera una certificación de las siguientes actuaciones: demanda, excepción previa, sentencia y escrito de apelación, y esto que constituye el legajo propiamente dicho de la sentencia y que también pueden de conformidad certificarlo las partes, es lo que tenía que archivarse en

esta corte dentro de los 30 días de presentado el escrito de apelación.

*La moción de desestimación debe declararse con lugar.*

El Juez Asociado Sr. Wolf no tomó parte en la resolución de este caso.